DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONNIE ANDERSON,**
Appellant,

v.

**JESSICA WESLEY,**
Appellee.

No. 4D2025-3458

[June 4, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Alcorta Waters, Judge; L.T. Case No. 432024DR000219DRAXMX.

Ronnie Lee Anderson, Jr., Phoenix, Arizona, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and BURTON, CHARLES E., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***